A CERTIFIED TRUE COPY
ATTEST

By Dana Stewart on Oct 31, 2008

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 15, 2008

FILED
CLERK'S OFFICE

IN RE: HUMAN TISSUE PRODUCTS LIABILITY
LITIGATION
    Christine Cleveland v. BioMedical Tissue Services,
        Ltd., et al., D. Nebraska, C.A. No. 8:08-395

MDL No. 1763

## CONDITIONAL TRANSFER ORDER (CTO-49)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 216 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 31, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By John Tekken
       Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge W. Royal Furgeson, Jr.
United States District Court
Western District of Texas

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

October 31, 2008

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL No. 1763 -- IN RE: Human Tissue Products Liability Litigation

(See Attached CTO-49)

Dear Mr. Walsh:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on October 15, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached to this letter.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Dana L. Stewart
Dana L. Stewart
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:   Judge William J. Martini

JPML Form 36A

IN RE: HUMAN TISSUE PRODUCTS LIABILITY
LITIGATION

MDL No. 1763

## INVOLVED COUNSEL LIST (CTO-49)

Denise B. Bense
COZEN O'CONNOR
200 Four Falls Corporate Center
Suite 400
P.O. Box 800
W. Conshohocken, PA 19428-0800

Amber L. Blohm
CASSEM TIERNEY LAW FIRM
8805 Indian Hills Drive
Suite 300
Omaha, NE 68114

Ryan C. Carson
SNELL & WILMER LLP
One Tabor Center
1200 17th Street
Suite 1900
Denver, CO 80202

David E. Copple
COPPLE ROCKEY LAW FIRM
P.O. Box 78
Norfolk, NE 68702-0078

Joseph J. DePalma
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

Christopher M. Placitella
COHEN PLACITELLA & ROTH PC
127 Maple Avenue
Red Bank, NJ 07701